# EXHIBIT A

**Carolina Used Cars LLC**
704 E Arch St.
Lancaster, SC 29720
(803) 370-2883
Wlightner03@yahoo.com

August 21, 2025

**Re: Character Letter for Mr. Terry Detroit Page**

To Whom It May Concern,

My name is Chanel Lightner, and I am the co-owner and manager of Carolina Used Cars LLC. I am writing on behalf of Mr. Terry Detroit Page, who has worked for my company for approximately one year as a car salesman.

During his time with us, Terry has proven himself to be a hardworking, dependable, and trustworthy employee. He has been a great asset to the business, treating customers with respect, honesty, and fairness. His positive attitude and commitment to his work have earned the trust of both our team and our clients.

I fully recognize the seriousness of the matter, but I respectfully ask that you take Terry's character and work ethic into consideration in your sentencing decision. He has shown himself to be a person of integrity who contributes positively to his workplace and community. I believe he has the potential to continue being a productive member of society if given the opportunity.

If it pleases the Court, I would also ask that you consider leniency in his sentencing or the possibility of bail so that he may continue working and supporting himself during this time.

Thank you for your time and consideration of this letter. Please feel free to contact me if you require any additional information.

Sincerely,

**Chanel Lightner**
Co-Owner & Manager, Carolina Used Cars LLC



3425 David Cox Road
Charlotte, NC 28269

August 17, 2025

To Whom It May Concern,

I am writing this letter to the honorable Judge in reference to my friend, Terry Page. I share a close business mentorship with Mr. Page for more than 6 years. He has always been responsible and focused during his mentorship and has been well respected. Mr. Page conveyed to me about his unfortunate situation and his shortfall of judgment and he assured me that the will be working to get this addressed. The staggering situation has already taken a toll on him and through some counseling, it will guide him on the right path and help influence him to help his community.

The Mentoring program that we offer and that Mr. Page was involved in, assisted with the group of guys age 15-21. They cleaned up parks, cut grass, detailed vehicles and fed the homeless on weekends. While working with them, he exhibited a positive attitude and tenacious behavior, it is without a doubt that he will excel in correcting his mistakes in a constructive way. I truly hope that this letter is a effective and helpful aspect during the courts decision about this case.

Louis Wright

Manager of Stats Restaurant

August 19, 2025

To Whom It May Concern,

I am writing this letter on behalf of my friend- Terry Page Date of Birth 04/03/1970. Everyone was shocked to hear the news of him being arrested. He has always been a good person but has suffered some losses especially the loss of his son at (age 21) a few years ago to a tragic motor cycle accident. This was devastating to him and I do not believe he has ever gotten over this loss. I also believe that because of this, he has made some decisions that have not been thought through and has been flawed. The therapy that he needs should you allow and grant him the ability to turn around this situation will go unnoticed.

In the past, Terry has been mentoring young adult men in his spare time by teaching them the basics of entrepreneur and making something of themselves. Not leaning on the street to take care of them but attempting to take pride in working and learning basic skills to become a better person.

I assure you, this will be the last brush with the law, and while I respect the courts decision, I believe that his will prove to be a life lesson for him and to be able to teach others through his mistakes.

Because this situation will have a huge impact on him and his family, we ask for your leniency in this case.

Dawn Cheeks

Character Letter

Date: August 21, 2025

To Whom It May Concern,

My name is Garry Davis, and I am writing on behalf of Detroit Terry Page. I want to share the kind of man Detroit is and the impact he has had on my life.

Detroit is truly a man of his word. At a time when I was homeless and struggling, he stepped in and offered me a job detailing cars. He made sure I had money for food when I had nothing, and before his incarceration, he was in the process of helping me find an apartment so I could get back on my feet.

There are not many men like him in today's world—someone willing to help a stranger with no expectation of anything in return. His kindness, generosity, and willingness to support others show his true character.

I believe Detroit deserves recognition for the good he has done, and I am grateful to have met someone of his integrity.

Sincerely,

Garry Davis
Contact: 704-371-2223



08/19/2025

Erica L. Perry

615 Avant Street #106

Charlotte, NC 28204

(708) 495-1083

RE: Character Reference for Terry Page

To Whom It May Concern:

I have known Terry Page for about 5 years now and he has always been a really good friend, and he also has been a mentor for my 16-year-old son. In the last few years, he has provided my son a safe outlet to express himself, being a teen male with behavior problems. Terry has also provided my son work that he does on the weekend detailing cars, allowing my son to learn responsibility and money management. Not only has he been a great role model for my son, but he has also spoken to me on numerous occasions on ways to be a better mother. I appreciated those talks because it comes from a man's perspective. Terry has always displayed a calm demeanor, a go-getter mentality and is a proud business owner. He has a natural talent of being a leader and providing mentorship to those who need it.

I kindly request that you take this letter into consideration of Terry's character and his positive influences he has with those who know him personally. I believe if he is provided with appropriate supports Terry can possess the capability to make substantial contributions to society and lead a law-abiding life in the future.

Thank you for your time in reading this letter, if you have any questions or require further information, please do not hesitate to call me.

Thank you,

*Erica L. Perry* (signature)

Erica L. Perry

To Whomever it may concern:

Charlotte Mecklenburg Federal Courts


Subject: Character Reference Letter for Court – Respected Authorities


I, Dominique K Williams, I am writing this letter to provide a character reference about Terry Page, who I have known as a family friend for the past 10 years. I provide this reference in full knowledge of Mr. Page's charges.

I can say it with total confidence that a few men have contributed to the society in a way that Mr. Page has. Even though I came into his association through work, I have also known him outside of it. He is kind and polite and I have never witnessed him being involved in any action that was illegal. Non the less, I can vouch for the right character of Mr. Page. Please consider this letter and offer a bond with possible home monitoring so that he can continue to work and provide for his 4yr old son.


Thank you for your consideration,

Dominique Williams

August 18, 2025

To the Honorable Judge and To Whom It May Concern,

I am writing on behalf of my son, Terry Page, as I am his birth mother.  I am a retired nurse of 35 years and worked for LifeBridge Medical Hospital.  Once retired, I began working for Northwest Medical Wound Center.  Terry has an aging Stepfather – Sterlin Cameron (age 90) and will be turning 91 on 9/11.  He also is retired from the Federal Government for 33 years.  He is also a veteran and retired from the United Air Force.  He has an only brother who lives in Raleigh North Carolina and works for Raleigh Police Department.  His Niece is a part of the United States Army Forces as well.

Terry was raised solely by me and unfortunately never had his father in his life.  I did everything I could to ensure he had an educated life by enrolling him into St Ambrose Christian School and All Saints Christian High School (Baltimore, MD).  He attended church with his brother and I (Trinity Baptist Church) in which he was member of the usher board.  He has 5 sons with the youngest being 4 yrs old.  He has a son in college with a scholarship in football that he is so proud of.

As you can imagine, with all of his accomplishments, I was at a complete shock to hear of his charges and know that he may not have been making good decisions because he never recovered from the loss of his son in a tragic accident.   I know that he may need some therapy in order to assist him in his past traumas, and I ask for mercy on allowing him to be release on home confinement with supervision as he encounters the hardest thing ever.

Terry is a good decent man, with morals and values and I know he will do everything to make this wrong situation right. I ask with all that is in me, for leniency in this case.

Sincerely and graciously,


Mrs. Vera Taylor Cameron
Pikesville, MD



August 20, 2025

This letter is to advise Terry Page has worked with our company for a brief period of time and has been an asset while working. We wanted to share that he was always on productive and never caused any issues while working. He always worked well with the other employees and was always on time and always worked late. If we had several moves in a day, rather than complain, he would push forth and do what was needed.

Please accept this letter as a reference to Mr. Page character and hopefully he can be released under supervision which will allow him the ability to care for his family and make a difference in the community.

Sincerely,

Jackie Towers

*Jackie Towers*

Anitra Rhodes
anitrarhodes@gmail.com

To Whom It May Concern,

I am writing to express my unequivocal endorsement and unwavering support for Terry Page, whom I have had the pleasure of knowing for over 30years I am honored to provide this character reference, which reflects my profound respect and admiration for Terry's exceptional qualities as a devoted family man, loyal friend, and exemplary individual.

Terry consistently demonstrates remarkable dedication and love as a father, prioritizing his family's well-being and happiness above all else. His patience, understanding, and unwavering commitment to their development and well-being are truly commendable.

As a person, Terry Page embodies the finest qualities of integrity, kindness, and generosity. He is always willing to lend a helping hand to those in need, whether friends, family, or strangers. His strong moral compass guides him in making decisions that reflect his deep sense of responsibility and unwavering commitment to ethical values. Terry's honesty and reliability have earned him the trust and respect of many, making him a valued friend and confidant.

In my opinion, Terry Page is an outstanding individual whose qualities as a family man, friend, and person are truly exemplary. I have every confidence that he will continue to positively impact the lives of those around him. In conclusion, Terry Page is an exceptional individual whose dedication to his family and children, and commitment to their well-being, is truly commendable. His nurturing demeanor, coupled with his unwavering support and active involvement, makes him an exemplary father and an outstanding individual. I am confident that anyone who has the opportunity to know Terry Page will be impressed by his character and the positive impact he has on his family and community. Thank you for considering my perspective on this remarkable individual. Please do not hesitate to contact me if you require any additional information.

Sincerely, Anitra Rhodes.