# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> vs. <br><br> **TERRY DETROIT PAGE,** <br><br> *Defendant.* | **DOCKET NO. 3:25-CR-108-KDB** <br><br><br> **UNOPPOSED MOTION TO CONTINUE TRIAL DATE** |

Terry Detroit Page, by and through his counsel of record, Assistant Federal Defender John Parke Davis, respectfully requests that this Court continue the trial date presently scheduled for March 2, 2026. As grounds therefore, it is averred:

1. Mr. Page is currently set for trial under the current case number on this Court's March 2, 2026 docket.

2. Mr. Page and the government have negotiated a Plea Agreement to a Bill of Information, which is anticipated to be filed under a new Criminal Case Number imminently. This Plea Agreement will resolve the charges in the current case.

3. Upon filing of the new criminal case, undersigned counsel will schedule a Rule 11 hearing to resolve this matter. Due to transportation delays caused by Mr. Page currently being held out of state, however, it is unclear when Mr. Page will be able to be set for entry of plea.

4. Because this case will be resolved by Mr. Page's guilty plea, the interests of justice are best served by continuing the current trial date to permit that plea hearing to take place.

5. The government does not oppose the granting of this motion.

**WHEREFORE,** Mr. Page respectfully requests a continuance of his trial date from the

March 2, 2026 term to the next available term of court.

Respectfully submitted:

s/ John Parke Davis

John Parke Davis
N.C. Bar No. 34427
Federal Public Defender
Western District of North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720
(704) 374-0722 Fax
jp_davis@fd.org
*Attorney for Terry Detroit Page*

DATE: February 2, 2026